Restaurant Depot
15-24 132 St.
Collage point.
N.Y

15 merrymount ave
Quincy, MA
02170

Dear sir/madam: How are you doing? Before I start to share my unpleasant experience in the Restaurant Depot, Everett, mass. would you please allow me to have a question for you first, may I? Thanks. Q = If you were a loyalty customer and you can spend $1000. a week, every week. But, they seems do not appreciated your business. and they even not tread you very well either?

On 12/2/15. when I went out the door from inside checkout station, a small item did not scan, it is worth $7-$8 bucks. that day, I purchased over $900. goods. how can I to think this small thing. It is not worth. am I worth $7 only? when I checkout. I was checked my massages. did not pay attention for the casher. they should check out after completed all the item

Furthermore, here came's manager Mr mike Haros, his appears was fully unfriendly hostile and despicable, he turns you down, down, again treats you as worst as junk, his all words came out completed abuse and insult you. The manager can do whatever he would like anyway, or any manner to all customers.

The story is not end. until the fat lady sings the blue. more comes out.

Again. Mr Haros continual his show. he demonstrate, to assault their patrons He shows how jerkoff, he poised hand and held his THING moved up and down in public. what's shame. and absolutely obscenity. whether you believe or not, it is true. I just wonder. the company paid for training for what major a AV star or the store manager??!!

This case really made people scare. unacceptable and unbelievable. how, can you explain? did mr Haros realize is worst conduct in public? what the reason and why to abuse the customers.? did he forget the position he held. the duty is to train, lead and encourage the team, the best perform!

I have the same line of the business you do now = SERVICE. I always focus and ensure my entire staff must nice, courtesy and respect for all people. either our customer or staff. Restaurants are my business!

Sincerely your

WU, Chen    December 14, 2015

DIST. CT. OF MASS.
U.S. [illegible]
ON DEC 14 AM II: [illegible]
IN CLERKS OFFICE
FILED