15-14136

CHEN WU
15 merrymouthave
QuiNcy Ma 02170

Dear Sir/madams =

How are you doing? Best regards to you and entire staff!

Because, the previous compliant had many
errors and mistakes., therefore, I would like
to withren my case frrt.

After, I might hire a lawayer and amend
the error, and refile my complainte

  Thank you for your time.

          your Sincerely

              CHEN WU

          March 22, 2016

FILED
IN CLERK'S OFFICE
'G MAR 22   AM 1: 20
U.S. DISTRICT COURT
DISTRICT OF MASS.